as Copartners, Trading under the Firm Name of CHARLES A. STONEHAM & CO., and Individually, Appellants, Impleaded with Others, Defendants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

FERDINANDO BALDASARA, Respondent, v. THE LIBERTY STEVEDORE COMPANY, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

JACOB BUCHMAN, Respondent, v. FRANCES BUCHMAN, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted by allowing temporary alimony of fifty dollars a week and counsel fee of two hundred and fifty dollars. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

ARTHUR BUTLER GRAHAM, Respondent, v. NATHAN STERN, Appellant, Impleaded with Another, Defendant.— Order modified by further allowing the examination of plaintiff as to matters in paragraph " 1 " of the notice of motion, and as so modified affirmed, without costs. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

LAKE'S HAND LAUNDRY, INC., Appellant, v. CHARLES GESCHWIND, Respondent. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

JACOB COHEN, Respondent, v. NATHAN J. MILLER and Others, Appellants.— Motion to dismiss appeal denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

MILDRED HARRIS GIBSON, Respondent, v. W. FRAZER GIBSON, Appellant.— Motion to dismiss appeal denied. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

HUDSON TRADING COMPANY, Appellant, v. THE ROYAL BANK OF CANADA, Respondent.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

HUDSON TRADING COMPANY, Appellant, v. THE ROYAL BANK OF CANADA, Respondent.— Motion to d'smiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

PHILIP COTRONE, an Infant, etc., Appellant, v. BENJAMIN FRIEDLAND and Another, Respondents.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

WILLIAM F. RUSSELL, Appellant, v. NETTIE B. RUSSELL, Respondent.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

JACOB RUPPERT, Respondent, v. FRANK McCRORY and Another, Appellants.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

VINCENT PETRONIO, Respondent, v. BROWN METHOD Co., INC., and Others, Appellants.— Motion to dismiss appeal granted, with ten dollars costs, unless appellants procure record on appeal to be filed on or before December 10, 1924. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

JOHN LEZOS and Another, Appellants, v. JAMES TOZZI and Others, Respond-